UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COX,<br><br>            Petitioner,<br><br>     v.<br><br>RONALD J. RACKLEY,<br><br>            Respondent. | No.  2:13-cv-2356 JAM GGH P<br><br><br>ORDER |

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently pending before the court is respondent's motion to dismiss, filed January 21, 2014.

      Before the court can issue a ruling on the motion, respondent must produce evidence supporting his position that petitioner's 2004 conviction has "fully expired."  See Maleng v. Cook, 490 U.S. 488, 491, 109 S. Ct. 1923 (1989).  Parole is considered to be "in custody."  Jones v. Cunningham, 371 U.S. 236, 240-243, 83 S. Ct. 373 (1963).

      Accordingly, IT IS HEREBY ORDERED that: within fourteen (14) days of this order, respondent shall file the evidence as outlined above.

Dated: March 11, 2014

                                          /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

GGH:076/Cox2356.ord