UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD J. RACKLEY,<br><br>　　　　Respondent. | No. 2:13-cv-2356 JAM GGH P<br><br><br>ORDER |

Respondent has filed a request to withdraw his motion to dismiss and an extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for withdrawal of his motion to dismiss, filed January 21, 2014 (ECF No. 13) is granted;

2. Respondent's request for extension of time in which to file a response to the petition is granted; and

3. Respondent shall file a response to the petition on or before June 6, 2014.

Dated: April 28, 2014

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076; cox2356.111-ans

1